JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO TORRES, | Case No. CV 13-1798-JFW (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| GARY S. SANDOR, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  May 23, 2013

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE